IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOYCE FERRANTE,

   *Plaintiff*,

v.                                                      Case No.: 1:20cv92-MW/GRJ

MATTHEW REXROAT, and
JAMES KITLEN,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 79, and has also reviewed *de novo* Plaintiff's objections, ECF No. 85. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 79, is **accepted and adopted** as this Court's opinion over Plaintiff's objections. Defendant Rexroat's motion to dismiss, ECF No. 42, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice** because they are barred by the statute of limitations." The Clerk shall close the file.

**SO ORDERED on September 29, 2021.**

                                                        s/Mark E. Walker         
                                                      **Chief United States District Judge**